UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
HYDRO INVESTORS, INC.,

                Plaintiff,

  -v-                                           6:05-CV-480

ARTHUR H. STECKLER and TRAFALGARPOWER
& HYDRO INVESTMENTS LIMITED PARTNERSHIP,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL

WILLIAM R. MORGAN, ESQ.
Attorney for Plaintiff
721 University Building
120 East Washington Stree6t
Syracuse, NY 13202

HANCOCK & ESTABROOK, LLP            DANIEL B. BERMAN, ESQ.
Attorneys for Defendants
1500 MONY Tower I
Syracuse, NY 13221

DAVID N. HURD
United States District Judge

## ORDER

The plaintiff having filed a timely Notice of Discontinuance in state court prior to the removal to federal court, this action is DISMISSED without prejudice. The request for entry of default is DENIED as moot.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

Dated: May 26, 2005
        Utica, New York.

                                                  United States District Judge

U. S. DISTRICT COURT
N. D. OF N. Y.
FILED
MAY 26 2005
AT _____ O'CLOCK ____ M
LAWRENCE K. BAERMAN, Clerk
UTICA